SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-225 |
| v. | : | |
| AITOFELE T. F. SUNIA, | : | Filed Under Seal |
| TINI LAM YUEN, | : | |
| Defendants. | : | |

**FILED**
SEP 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel respectfully move this Court to seal the accompanying Indictment, Arrest Warrant and Application, this Motion to Seal, and the sealing Order, until the defendants are in custody or have been released pending trial. In support of its motion, the government states as follows:

The Rules provide that "the magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. P. 6(e)(4). In this case, the public interest requires sealing because premature disclosure of the existence of the indictment could result in increased danger to those assigned to affect the arrest. In the past, there have been threats made against federal law enforcement agents in American Samoa in connection with the arrests of politically powerful defendants. While there have been no concrete threats made in this case, the political sensitivity of the matter in American Samoa has led investigators to conclude that sealing of the indictment until the arrest can be effectuated is appropriate in this matter. The government anticipates this will likely occur in the coming days. As soon as the arrests can be coordinated in a safe and effective manner, the government will move to unseal the indictment. This procedure represents

a reasonable balance between the common law qualified right of access to judicial records and the government's compelling interest in preserving the integrity of a federal criminal investigation and the safety of its investigators. See <u>In the Matter of Eyecare Physicians of America</u>, 100 F.3d 514, 517 (7th Cir. 1996); <u>In the Matter of the Application and Affidavit for a Search Warrant, The Washington Post Co. v. Hughes</u>, 923 F.2d 324, 326-327 (4th Cir. 1991).

WHEREFORE, the government respectfully requests that the Court enter an Order sealing the Indictment in the above-captioned matter, the Arrest Warrant and Application, this Motion to Seal, and the Court's Order to seal until such time that an arrest has been made.

Respectfully submitted,

WILLIAM M. WELCH, II
Chief, Public Integrity Section

By: *[signature]*

MATTHEW L. STENNES
DANIEL A. SCHWAGER
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th and Constitution Ave. NW
Washington, DC 20530
202-514-1412
202-514-3003 (facsimile)