

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. **07-225** |
| v. | : | |
| | : | |
| AITOFELE T. F. SUNIA, | : | **Filed Under Seal** |
| TINI LAM YUEN, | : | |
| Defendants. | : | FILED |
| | : | SEP 0 6 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

<u>ORDER</u>

Upon consideration of the <u>Government's Motion to Seal</u> and for good cause shown, it is HEREBY ORDERED that the <u>Government's Motion to Seal</u> shall be, and hereby is, GRANTED, and that the Indictment, the Arrest Warrant and Application, this Motion to Seal, and the sealing Order shall remain under seal until an arrest is made. The government shall notify the Court as soon as possible after this has occurred.

Dated  09/06/07

_____
UNITED STATES MAGISTRATE JUDGE