UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Grand Jury Original |
| | : | Crim. No. _____ |
| v. | : | |
| | : | Charges: |
| AITOFELE T. F. SUNIA, | : | |
| TINI LAM YUEN, | : | 18 U.S.C. § 371 (Conspiracy) |
| Defendants. | : | |
| | : | 18 U.S.C. § 666(a)(1)(A) (Fraud |
| | : | Concerning Programs Receiving |
| | : | Federal Funds) |
| | : | |
| | : | 18 U.S.C. § 666(a)(2) (Bribery |
| | : | Concerning Programs Receiving |
| | : | Federal Funds) |
| | : | |
| | : | 18 U.S.C. § 1505 (Obstruction of Agency |
| | | Proceeding) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy)

## GENERAL ALLEGATIONS

At all times material to this Indictment, unless otherwise noted:

### *AMERICAN SAMOA*

1.    American Samoa is an unincorporated territory of the United States, located in the South

Pacific Ocean and comprising the five easternmost islands of the Samoan Island chain.  It

is located approximately 2,600 miles southwest of Honolulu, Hawaii.  The territory has

been under the control of the United States Government since 1900.  American Samoa is

located outside of any particular State or judicial district.

2.    Since 1950, the United States Department of the Interior has been responsible for the

territory of American Samoa.

3.    Both the Governor and the Lieutenant Governor of American Samoa are elected by the

local citizens.

4.    The Fono is the territory's legislative body.  The members of one chamber of the Fono are

elected by the local citizens.  The members of the other chamber are selected by village

councils made up of the Matai (chiefs).

5.    American Samoa has several Executive departments, including the American Samoa

Departments of Education ("ASDOE"), Treasury ("AS-Treasury"), Public Safety, and

Human and Social Services.

6.    Funds for the operating expenses of the American Samoa Government ("ASG") are

accumulated from both locally-generated revenues and federal grant monies.  The locally

generated revenues come from various taxes, surcharges, and administrative fees.  The

federal grant payments, which in 2001-2004 constituted approximately 62 percent of

ASG's annual operating revenue, are provided by a number of United States Government

entities, including the United States Department of the Interior and United States

Department of Education.

7.    Both the ASG as a whole, and the ASDOE and AS-Treasury as individual entities,

received federal assistance in excess of $10,000 in each year from 2000 through 2004.

**DEFENDANT SUNIA**

8.    Defendant AITOFELE T. F. SUNIA currently serves as Lieutenant Governor of

2

American Samoa.  SUNIA was appointed and sworn in as Lieutenant Governor on April

11, 2003, when his predecessor ascended to the governorship upon the death of then-

Governor Tauese P.F. Sunia, SUNIA's brother.

9.     Upon his swearing in as Lt. Gov., SUNIA was required by law to take the following oath

of office:

> I, _____ of _____, do solemnly swear (or affirm) that I will support
> and defend the Constitution of the United States against all
> enemies, foreign and domestic; that I will bear true faith and
> allegiance to the same; that I take this obligation freely, without
> mental reservation or purpose of evasion, and that I will well and
> faithfully discharge the duties of the office on which I am about to
> enter, and that I will well and faithfully uphold the laws of the
> United States applicable to American Samoa, and the Constitution
> and laws of American Samoa.  So help me God.

10.    SUNIA also served as Treasurer of the ASG, from July 9, 2001 to April 11, 2003.

SUNIA also served as Acting Treasurer between April 11, 2003 until June 6, 2003, when

a replacement was named.  Upon his appointment as AS Treasurer, SUNIA was required

by law to take the oath set forth in Paragraph 9.

11.    SUNIA also served as Counsel to the Fono from February 16, 1999 to July 9, 2001.

12.    In his role as AS Treasurer, SUNIA was the head of the AS-Treasury and supervised all

of the fiscal activities of the ASG, including accounts payable, asset management, and tax

issues.  SUNIA's office also authorized final payment on all disbursements made to

vendors retained by the various components of the ASG.

13.    At all times relevant to this Indictment, SUNIA maintained a financial and controlling

interest in Samoa Furnishings & Handicrafts, Incorporated ("SF&H"), a furniture

manufacturing company based in the village of Vaitogi, American Samoa. SF&H also

operated in the name of "Island Carpentry" when conducting carpentry work pursuant to a

separate business license.

14.     SUNIA formed SF&H in or about December 1996. In or about February, 2002, SUNIA

formally incorporated the company in the names of his daughter and two business

associates.

## DEFENDANT YUEN

15.     TINI LAM YUEN currently serves as a member of the Fono. YUEN was first selected by

the District Council for Taputimu, District 10, for the village of Taputimu as a territorial

senator on or about January 3, 2001. YUEN has served on the Government Operations,

Legal Affairs, Economic & Development, and Public Works committees.

16.     Upon his swearing in as a member of the Fono, YUEN was required by law to take the

following oath of office:

> I, _____ of _____, do solemnly swear (or affirm) that I will support
> and defend the Constitution of the United States against all
> enemies, foreign and domestic; that I will bear true faith and
> allegiance to the same; that I take this obligation freely, without
> mental reservation or purpose of evasion, and that I will well and
> faithfully discharge the duties of the office on which I am about to
> enter, and that I will well and faithfully uphold the laws of the
> United States applicable to American Samoa, and the Constitution
> and laws of American Samoa. So help me God.

17.     At all times relevant to this Indictment, YUEN maintained a financial and controlling

interest in Tini P. Lam Yuen Co., Inc. ("TLY"), a furniture manufacturing company based

in Fugita, American Samoa. TLY has also done business under the names Tini P. Lam

Yuen, Inc., T.P. Lam Yuen Funeral Home and Furniture Shop, T.P. Lam Yuen Company,

4

Inc., and T.P. Lam Yuen, Inc.  YUEN formed TLY in 1965.

### CO-CONSPIRATORS

18.    From on or about January 4, 2001 to on or about August 29, 2003, Kerisiano Sili Sataua

served as the American Samoa Director of Education.  The Director of Education was

responsible for the operation and management of the American Samoa school system,

controlled and managed the awarding of all ASDOE contracts, directed the allocation of

local and federal grant funds for ASDOE programs, and was ultimately responsible for

the expenditure of all ASDOE funds.

19.    From on or about January 22, 2001 to on or about September 18, 2003, Fa'au

Seumanutafa served as Chief Procurement Officer for the ASG Office of Procurement.

The Chief Procurement Officer was responsible for approving, or directing others to

approve, all purchases made by the ASG, including those made by the ASDOE.  The

Chief Procurement Officer submitted or directed others to submit all ASG Office of

Procurement purchase orders and vouchers for payment to the AS-Treasury.

20.    From the time of its creation on or about February 1, 2001 through on or about December

31, 2003, the Chief Procurement Officer maintained a financial and controlling interest in

Samoa Wood Products, Inc. ("SWP").

21.    SF&H, TLY, and SWP are collectively described herein as "the furniture companies."

### AMERICAN SAMOA PROCUREMENT LAWS

22.    In 1984, the Fono passed laws governing the procurement of goods and services by the

ASG.

23.    One provision of the ASG procurement laws requires that, with limited exceptions, any

5

ASG purchase exceeding $10,000 must be made through a competitive sealed bidding process.

24.   The ASG procurement laws further state that procurement documents may not be "artificially divided so as to constitute a small purchase" (of less than $10,000) in order to circumvent otherwise applicable competitive bidding requirements.

25.   The ASG procurement laws prohibit an ASG employee from participating directly or indirectly in a procurement when that employee knows that either (a) the employee or any member of the employee's immediate family has a financial interest pertaining to the procurement, or (b) a business or organization in which the employee, or any member of the employee's immediate family, has a financial interest pertaining to the procurement.

## THE CONSPIRACY

26.   From in or about late-2000 through in or about early-2004, in American Samoa, defendants AITOFELE F. SUNIA and TINI LAM YUEN did knowingly conspire, confederate and agree with the Chief Procurement Officer, the Director of Education, and others both known and unknown to the grand jury to commit offenses against the United States, including:

   a.   **Fraud Concerning Programs Receiving Federal Funds**: that is, being agents of the ASG, a government which during each relevant one-year period received federal benefits in excess of $10,000, obtained by fraud property of the ASG, specifically, payments totaling approximately $775,000 made to companies under their control, in exchange for supplying furniture to the ASDOE valued at more than $5,000, in violation of 18 U.S.C. § 666(a)(1)(A); and,

6

b.    **Bribery Concerning Programs Receiving Federal Funds**: that is to corruptly

give, offer, and agree to give things of value to the Director of Education and the

Chief Procurement Officer, agents of the ASG, a government which during each

relevant one-year period received federal benefits in excess of $10,000, with the

intent of influencing and rewarding them in connection with a transaction and

series of transactions valued at $5,000 or more, that is payments made to

companies under their control in exchange for supplying furniture to the ASDOE,

in violation of 18 U.S.C. § 666(a)(2).

## PURPOSE OF THE CONSPIRACY

27.    The purpose of the conspiracy was for defendants SUNIA and YUEN to personally enrich

themselves, their relatives, and their business associates by using their positions in the

ASG and relationships with the Director of Education and Chief Procurement Officer to

secure for companies under their control lucrative payments totaling hundreds of

thousands of dollars in exchange for manufacturing and supplying classroom and library

furniture for the ASDOE.

## MANNER AND MEANS

28.    The conspiracy was carried out through the following manner and means:

a.    SUNIA and YUEN would and did agree with the Director of Education to split up

and give to companies under their control, SF&H and TLY, lucrative payments

for the production of furniture for the ASDOE.

b.    To obtain payments in connection with the furniture projects, the co-conspirators

used false and fraudulent means, including improperly structuring invoices and

7

other procurement documents, in order to circumvent the ASG procurement laws and avoid the competitive bidding process. Specifically, the co-conspirators fraudulently structured Purchase Requisitions ("PRs"), Purchase Orders ("POs"), and Invoices by splitting the large projects up on a school-by-school basis, and by further splitting items produced for a single school into what appeared to be smaller, separate purchases, each of which was under $10,000, the level which would have required competitive bidding under the procurement laws.

c.      By structuring procurement documents to circumvent the ASG procurement laws, SUNIA, YUEN and their co-conspirators effectively eliminated price competition for the furniture, charged artificially high prices for the furniture, and wasted ASG and federal grant funds that could have been used for other AS Department of Education needs.

d.      SUNIA, YUEN and the Director of Education would and did corruptly give, offer and agree to give to the Chief Procurement Officer a thing of value, specifically a share of the furniture projects for his company, SWP, in consideration for his agreement not to enforce procurement regulations and not to open the jobs up for competitive bidding.

e.      SUNIA, YUEN, and the Chief Procurement Officer corruptly gave, offered and agreed to give things of value to the Director of Education, including cash payments and free contracting work on his house, to reward him for dividing up and awarding the furniture payments to companies under their control in violation of the procurement regulations.

8

f.  As Treasurer, SUNIA's office processed payment of the furniture invoices using both local and federal funds, and in a number of cases placed his own signature on the checks.

g.  SUNIA, YUEN, or the Chief Procurement Officer, their employees, or their family members picked up the checks payable to their respective companies in person at either the AS-Treasury or ASDOE offices.

h.  As part of the conspiracy and to further enrich SUNIA and YUEN, the Director of Education and other ASDOE officials awarded additional furniture jobs to SF&H and TLY, to provide lab stools, desks, benches, and other furniture to various schools.  In nearly all of these cases, SUNIA, YUEN, and the Director of Education structured the PRs, POs, and Invoices for these purchases in the same fraudulent and misleading manner to circumvent the procurement regulations.

i.  SUNIA took actions in his personal capacity and as Treasurer to conceal his involvement in SF&H by incorporating the company under the names of his daughter and two business associates.

j.  In order to accomplish the objectives of the conspiracy, each of the Defendants and their co-conspirators failed to perform his duties as a public official. Specifically:

    i.  SUNIA, with knowledge and agreement of his coconspirators, refrained from performing his duty as Treasurer to ensure the fiscal integrity of the ASG.

    ii.  YUEN, with knowledge and agreement of his coconspirators, refrained

from performing his oversight duty as a Senator to ensure the integrity of the legal and fiscal processes of the ASG.

iii.   The Director of Education, with knowledge and agreement of his coconspirators, refrained from performing his duty to ensure the fiscal and legal integrity of the ASDOE.

iv.   The Chief Procurement Officer, with knowledge and agreement of his coconspirators, refrained from performing his duty to ensure compliance with the ASG procurement regulations.

**OVERT ACTS**

29.   In furtherance of the conspiracy and to affect the objects thereof, the defendants or other co-conspirators known and unknown to the Grand Jury committed the following overt acts, among others, in American Samoa and elsewhere:

30.   Between in or about late-2000 and in or about early-2001, the Director of Education and other ASDOE officials coordinated with SUNIA and YUEN to divide the work on two new ASDOE projects between their two companies, specifically (1) a project to provide most of the American Samoa public elementary schools with new bookcases; and (2) a project to provide a number of the American Samoa public schools with library furniture. Each project was valued at well-over $10,000. They agreed that neither project would be put out for competitive bid, and that SUNIA's company, SF&H, would supply the library furniture and Yuen's company, TLY, would supply the school bookshelves.

31.   In or about early-2001, SUNIA met an ASDOE official at one of the schools to take measurements for the proposed library furniture.

10

32.    In or about early-2001, a representative of TLY met an ASDOE official at one of the schools to take measurements for the proposed bookshelves.

33.    In or about March 2001, SUNIA, YUEN and the Director of Education agreed to assign a share of the projects to the Chief Procurement Officer's company, in violation of the ASG procurement regulations, in return for the Chief Procurement Officer's agreement to approve the continued procurement of bookshelves and library furniture from SUNIA's and YUEN's companies.

34.    On or about March 23, 2001, the Chief Procurement Officer prepared and delivered a memorandum to the Director of Education requesting written documentation memorializing the distribution of the school furniture work among the SWP, TLY, and SF&H.

35.    Between on or about March 23, 2001 and on or about March 27, 2001, the Director of Education directed two ASDOE employees to prepare the document requested in the Chief Procurement Officer's March 23, 2001 memorandum.

36.    On or about March 27, 2001, an ASDOE employee prepared a memorandum formalizing the distribution of the ASDOE furniture projects among SF&H, TLY and SWP.

37.    Between in or about October 2000 and in or about December 2003, the companies controlled by SUNIA (SF&H), YUEN (TLY) and the Chief Procurement Officer (SWP) prepared and submitted for payment fraudulently structured invoices, including the following:

a.    On or about October 11, 2000, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Leone HS; Samoana HS | 60 HS Desks | $8,100 |

b.    On or about December 4, 2000, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Polytech HS | 40 HS Desks | $5,400 |

c.    On or about February 8, 2001, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Samoana School | 40 HS Desks | $5,400 |

d.    On March 14, 2001, TLY submitted two invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Matafao Elem. | 25 Bookshelves | $5,875 |
| Matafao Elem. | 35 Bookshelves | $8,225 |

e.    On or about March 26, 2001, SF&H submitted three separate invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Lupelele Elem. | 36 Library Chairs | $5,400 |
| Lupelele Elem. | 8 Tables | $4,200 |
| Lupelele Elem. | 6 Tables | $2,700 |

f.    On or about April 3, 2001, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Lupelele Elem. | 11 Bookcases | $4,345 |

g.      On or about April 5, 2001, SWP submitted three invoices, as follows:

| School | Product Description | Amount |
| --- | --- | --- |
| Manuele Elem. | 32 Bookshelves | $7,520 |
| Manuele Elem. | 32 Bookshelves | $7,520 |
| Manuele Elem. | 32 Bookshelves | $7,520 |

h.      On or about May 1, 2001, SWP submitted two invoices, as follows:

| School | Product Description | Amount |
| --- | --- | --- |
| Lupelele Elem. | 36 Bookshelves | $8,460 |
| Lupelele Elem. | 36 Book Shelves | $8,460 |

i.      On or about May 25, 2001, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
| --- | --- | --- |
| Pago Pago Elem. | 35 Bookcases | $8,225 |
| Pago Pago Elem. | 25 Bookcases | $5,875 |
| Pago Pago Elem. | 35 Bookcases | $8,225 |
| Pago Pago Elem. | 25 Bookcases | $5,875 |

j.      On or about July 2, 2001, TLY submitted two invoices, as follows:

| School | Product Description | Amount |
| --- | --- | --- |
| Matafao Elem. | 25 Bookshelves | $5,875 |
| Matafao Elem. | 35 Bookshelves | $8,225 |

k.      Also on or about July 2, 2001, SWP submitted four invoices, as follows:

| School | Product Description | Amount |
| --- | --- | --- |
| Leone HS | 35 Bookshelves | $8,225 |
| Leone HS | 25 Bookcases | $5,875 |

13

| Leone HS | 35 Bookcases | $8,225 |
| Leone HS | 25 Bookcases | $5,875 |

l.      On or about September 6, 2001, SF&H submitted one invoice, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Samoana HS; Tafuna HS | 100 Benches | $5,950 |

m.      On or about October 4, 2001, SF&H submitted one invoice, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Samoana HS; Tafuna HS; Tafuna JH | 100 Benches | $5,950 |

n.      On or about October 5, 2001, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Leatele Elem. | 35 Bookcases | $8,225 |
| Leatele Elem. | 25 Bookcases | $5,875 |
| Leatele Elem. | 35 Bookcases | $8,225 |
| Leatele Elem. | 25 Bookcases | $5,875 |

o.      Also on or about October 5, 2001, SWP submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Leone Midkiff | 32 Book Shelves | $7,520 |
| Leone Midkiff | 32 Book Shelves | $7,520 |
| Leone Midkiff | 32 Bookcases | $7,520 |

14

p.    On or about October 11, 2001, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Leone HS | 100 HS Benches | $5,950 |

q.    On or about October 26, 2001, SWP submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Alataua Elem. | 32 Book Shelves | $7,520 |
| Alataua Elem. | 32 Bookcases | $7,520 |
| Alataua Elem. | 32 Bookcases | $7,520 |

r.    On or about January 9, 2002, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Manu'a HS | 100 HS Benches | $5,950 |

s.    On or about January 14, 2002, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Pavaiai Elem. | 35 Bookcases | $8,225 |
| Pavaiai Elem. | 25 Bookcases | $5,875 |
| Pavaiai Elem. | 35 Bookcases | $8,225 |
| Pavaiai Elem. | 25 Bookcases | $5,875 |

t.    On or about January 18, 2002, SF&H submitted two invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Elem. Div. | 20 Armed Conference Chairs | $5,500 |
| Secondary Div. | 20 Armed Conference Chairs | $5,500 |

15

u.    On or about January 21, 2002, SF&H submitted eleven invoices, as follows:

| Schools | Product Description | Amount |
|---------|---------------------|--------|
| Fitiuta School | 2 Tables 40" x 8'<br>2 Tables 40" x 6'<br>4 Bookcases 7' x 8'<br>30 Chairs | $8,030 |
| Laulii School, Tafuna JH | 4 Tables 40" x 8'<br>2 Tables 40" x 6'<br>5 Single Bookcases<br>2 Double Bookcases | $6,555 |
| Lauii School | 46 Chairs | $6,900 |
| Leone Midkiff, Tafuna JH | 3 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $6,875 |
| Leone Midkiff | 44 Chairs | $6,600 |
| Pavaiai | 4 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $7,400 |
| Pavaiai | 50 Chairs | $7,500 |
| Matatula | 2 Tables 40" x 8'<br>2 Tables 40" x 6'<br>5 Single Bookcases | $3,925 |
| Matatula | 30 Stools for Science Labs | $4,500 |
| Lupelele; Tafuna JH; Manuele | 120 Stools for Science Labs | $7,800 |
| Leone Midkiff; Matafao | 80 Stools for Science Labs | $5,200 |

v.    On or about March 4, 2002, SWP submitted three invoices, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Aua Elem. | 25 Bookcases | $5,875 |
| Aua Elem. | 35 Bookcases | $8,225 |
| Aua Elem. | 35 Bookcases | $8,225 |

w.    On or about April 29, 2002, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Alofau Elem. | 35 Bookcases | $8,225 |
| Alofau Elem. | 35 Bookcases | $8,225 |
| Alofau Elem. | 25 Bookcases | $5,875 |
| Alofau Elem. | 25 Bookcases | $5,875 |

x.    On or about May 6, 2002, SWP submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| no school listed | 25 Bookcases | $5,875 |
| no school listed | 35 Bookcases | $8,225 |
| Laulii School | 25 Bookcases | $5,875 |

y.    On or about May 21, 2002, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Faleasao School | 2 Tables 40" x 8"<br>2 Tables 40" x 6"<br>4 Bookcases 7' x 8'<br>30 Chairs | $8,030 |

17

z.    On or about July 8, 2002, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Matatula Elem. | 35 Bookcases | $8,225 |
| Matatula Elem. | 25 Bookcases | $5,875 |
| Matatula Elem. | 35 Bookcases | $8,225 |
| Matatula Elem. | 25 Bookcases | $5,875 |

aa.    On or about August 9, 2002, SWP submitted one invoice, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Fagaitua HS | 25 Bookcases | $5,875 |

bb.    On or about August 30, 2002, SWP submitted one invoice, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Fagaitua HS | 35 Bookcases | $8,225 |

cc.    On or about September 21, 2002, SF&H submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Polytech HS | 50 Chairs | $7,500 |
| Polytech HS | 4 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $7,400 |
| Siliaga | 2 Tables 40" x 8'<br>2 Tables 40" x 6'<br>5 Bookcases<br>30 Chairs | $8,425 |

dd.    On or about September 27, 2002, SF&H submitted one invoice, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Tafuna, Fagaitua | 40 HS Desks | $5,400 |

ee.    On or about October 1, 2002, SF&H submitted three invoices, as follows:

| Schools | Product Description | Amount |
|---|---|---|
| Polytech, Siliaga, Pago Pago, Matafao, Tafuna JH | 60 HS Desks | $8,100 |
| Fagaitua HS, Tafuna HS, Polytech, Siliaga Elem., Pago Pago Elem., Matafao Elem., and Tafuna JH | 100 Benches | $5,950 |
| no school listed | 100 Lab Stools | $6,500 |

ff.    On or about October 8, 2002, TLY submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| New Afono | 25 Bookcases | $5,875 |
| New Afono | 35 Bookcases | $8,225 |
| Leatele Elem. | 35 Bookcases | $8,225 |
| Leatele Elem. | 25 Bookcases | $5,875 |

gg.    On or about October 11, 2002, SF&H submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Matafao Elem. | 50 Library Chairs | $7,500 |
| Matafao Elem. | 4 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $7,400 |

19

| Tafuna HS | 4 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $7,400 |

  hh. On or about October 18, 2002, SWP submitted two invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Manu'a HS | 25 Bookcases | $5,875 |
| Manu'a HS | 35 Bookcases | $8,225 |

  ii. On or about November 19, 2002, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| no school listed | 100 HS Benches | $5,950 |

  jj. On or about January 22, 2003, TLY submitted three invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Lualele; Poloa | 35 Bookcases | $8,225 |
| no school listed | 35 Bookcases | $8,225 |
| no school listed | 25 Bookcases | $5,875 |

  kk. On or about February 5, 2003, SF&H submitted two invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Olosega | 4 Tables 40" x 8'<br>3 Tables 40" x 6'<br>6 Single Bookcases<br>2 Double Bookcases | $7,400 |
| Olosega | 50 Chairs | $7,500 |

20

ll.    On or about March 11, 2003, SWP submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Lupelele School | 30 Bookshelves | $7,050 |

mm.    On or about March 18, 2003, SWP submitted four invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| New Afono School | 35 Bookcases | $8,225 |
| New Afono School | 35 Bookcases | $8,225 |
| New Afono School | 25 Bookcases | $5,875 |
| New Afono School | 25 Bookcases | $5,875 |

nn.    On or about May 16, 2003, SF&H submitted six invoices, as follows:

| School | Product Description | Amount |
|---|---|---|
| Pago | 40 Chairs | $6,000 |
| Pago HS | 5 Tables 40" x 8'<br>2 Tables 40" x 6'<br>6 Single Bookcases | $5,895 |
| Le'atele | 3 Tables 40" x 6'<br>8 Single Bookcases | $4,510 |
| Le'atele | 40 Chairs | $6,000 |
| Manu'a HS | 5 Tables 40" x 8'<br>2 Tables 40" x 6'<br>6 Single Bookcases | $5,895 |
| Manu'a HS | 40 Chairs | $6,000 |

oo.    On or about June 18, 2003, TLY submitted one invoice, as follows:

| School | Product Description | Amount |
|---|---|---|
| Special Ed Office | Office Armchairs | $2,400 |

pp.    On or about November 5, 2003, SF&H submitted one invoice, as follows:

| School | Product Description | Amount |
|--------|---------------------|--------|
| Manuele JH | 26 Desks<br>26 Benches | $5,057 |

qq.    On or about December 23, 2003, SF&H submitted two invoices, as follows:

| School | Product Description | Amount |
|--------|---------------------|--------|
| Various Schools | 46 Kindergarten Desks | $6,210 |
| Various Schools | 39 Kindergarten Desks | $5,265 |

38.    For each of the invoices set forth in Paragraph 37, the Director of Education, the Chief

Procurement Officer, or others working at their direction, prepared corresponding PRs

and POs structured in the same fraudulent manner in order to circumvent the AS

Procurement Regulations.

39.    On or about each of the dates set out in the following chart, SUNIA and his

coconspirators caused the following payments to be made by the Treasury Department to

the furniture companies in connection with the invoices set forth in Paragraph 37, in

many cases regrouping into payments exceeding $10,000 invoices which had previously

been artificially divided in order to circumvent the procurement regulations:

|  | Check Date | Check Number | Payee | Amount |
|--|-----------|--------------|-------|--------|
| a. | October 26, 2000 | 383118 | SF&H | $8,100 |
| b. | December 26, 2000 | 385117 | SF&H | $5,400 |
| c. | March 8, 2001 | 016275 | SF&H | $5,400 |
| d. | April 9, 2001 | 388292 | SWP | $15,040 |
| e. | May 1, 2001 | 388576 | SWP | $7,520 |

|     | Check Date | Check Number | Payee | Amount |
|-----|-----------|--------------|-------|--------|
| f.  | May 30, 2001 | 389729 | SF&H | $7,770 |
| g.  | May 31, 2001 | 389758 | TLY | $14,100 |
| h.  | June 25, 2001 | 390337 | SWP | $16,920 |
| I.  | August 15, 2001 | 392516 | TLY | $14,100 |
| j.  | September 13, 2001 | 393010 | SF&H | $4,200 |
| k.  | September 14, 2001 | 393019 | SF&H | $4,345 |
| l.  | September 28, 2001 | 393223 | SF&H | $2,700 |
| m.  | October 3, 2001 | 393292 | TLY | $8,225 |
| n.  | October 3, 2001 | 393293 | TLY | $8,225 |
| o.  | November 1, 2001 | 022317 | SF&H | $5,950 |
| p.  | November 7, 2001 | 394219 | SWP | $22,560 |
| q.  | November 8, 2001 | 022523 | SF&H | $5,950 |
| r.  | November 9, 2001 | 394952 | TLY | $11,750 |
| s.  | November 29, 2001 | 398860 | SF&H | $5,950 |
| t.  | November 29, 2001 | 398861 | SWP | $22,560 |
| u.  | November 29, 2001 | 398878 | TLY | $5,875 |
| v.  | November 29, 2001 | 398879 | TLY | $8,225 |
| w.  | January 8, 2002 | 399848 | SWP | $14,100 |
| x.  | January 10, 2002 | 400118 | SWP | $14,100 |
| y.  | January 10, 2002 | 400120 | TLY | $14,100 |
| z.  | March 7, 2002 | 401590 | SF&H | $5,950 |
| aa. | March 8, 2002 | 401655 | SF&H | $11,000 |
| bb. | March 20, 2002 | 402081 | SWP | $28,200 |
| cc. | March 28, 2002 | 403729 | TLY | $14,100 |
| dd. | April 5, 2002 | 404505 | TLY | $14,100 |

|     | Check Date | Check Number | Payee | Amount |
| --- | --- | --- | --- | --- |
| ee. | April 12, 2002 | 405348 | SF&H | $26,930 |
| ff. | May 10, 2002 | 409029 | SWP | $28,200 |
| gg. | June 6, 2002 | 412123 | SF&H | $12,000 |
| hh. | June 12, 2002 | 412304 | SF&H | $15,430 |
| ii. | June 21, 2002 | 412786 | SF&H | $11,955 |
| jj. | July 25, 2002 | 414070 | SF&H | $13,000 |
| kk. | September 11, 2002 | 416162 | TLY | $16,450 |
| ll. | September 11, 2002 | 416161 | TLY | $5,875 |
| mm. | October 8, 2002 | 417023 | SF&H | $14,900 |
| nn. | October 8, 2002 | 417026 | SWP | $14,100 |
| oo. | October 15, 2002 | 417203 | SF&H | $22,300 |
| pp. | October 16, 2002 | 417241 | TLY | $5,875 |
| qq. | December 18, 2002 | 419150 | TLY | $8,225 |
| rr. | December 19, 2002 | 419162 | TLY | $11,750 |
| ss. | December 23, 2002 | 419248 | SF&H | $25,950 |
| tt. | January 8, 2003 | 419719 | SWP | $32,850 |
| uu. | January 17, 2003 | 419881 | TLY | $8,225 |
| vv. | February 6, 2003 | 420320 | SF&H | $5,950 |
| ww. | February 18, 2003 | 420551 | TLY | $8,225 |
| xx. | February 28, 2003 | 420857 | TLY | $11,750 |
| yy. | March 5, 2003 | 420989 | SF&H | $8,425 |
| zz. | March 14, 2003 | 422299 | TLY | $8,225 |
| aaa. | March 21, 2003 | 423207 | SWP | $7,050 |
| bbb. | April 11, 2003 | 427259 | SF&H | $14,900 |
| ccc. | April 15, 2003 | 427781 | SWP | $28,200 |

|  | Check Date | Check Number | Payee | Amount |
|---|---|---|---|---|
| ddd. | April 29, 2003 | 429944 | TLY | $28,200 |
| eee. | July 24, 2003 | 040935 | TLY | $2,400 |
| fff. | August 13, 2003 | 041443 | SF&H | $22,405 |
| ggg. | October 7, 2003 | 043205 | SF&H | $11,895 |
| hhh. | January 29, 2004 | 046658 | SF&H | $6,210 |
| iii. | February 24, 2004 | 047495 | SF&H | $5,057 |
| jjj. | March 9, 2004 | 047797 | SF&H | $5,265 |
|  |  | **Totals** | **SF&H:** | **$295,287** |
|  |  |  | **TLY:** | **$228,000** |
|  |  |  | **SWP:** | **$251,400** |
|  |  |  | **Grand Total:** | **$774,687** |

40.    In or about the Spring of 2001, the Chief Procurement Officer provided the Director of Education approximately $1,000 to $2,000 in cash, in consideration for his role in awarding SWP a share of the furniture projects.

41.    Between in or about July and in or about August 2001, SUNIA directed employees of SF&H to perform free carpentry work on a house being built for the Director of Education, in consideration for his role in awarding a share of the furniture projects to SF&H. The wood and labor, valued at approximately $1,500, was provided to the Director of Education free of charge.

42.    Sometime between in or about May and in or about September 2001, YUEN directed employees of TLY to construct and install kitchen and bathroom cabinets and counter tops worth approximately $2,500 in the house being built for the Director of Education, in consideration for his role in awarding a share of the furniture jobs to TLY. The TLY

25

employees, at YUEN's direction, provided the supplies and labor free of charge.

43.    In or about December 2001, SUNIA caused the creation of papers incorporating SF&H in the names of his daughter and two business associates, in order to conceal his involvement with the company.

44.    On or about February 28, 2002, SUNIA, acting as Treasurer, caused to be signed the certificate of incorporation for SF&H, ratifying the articles of incorporation he had caused to be prepared in order to conceal his true role in the company.

45.    In or about June 2002, YUEN met with the Director of Education in the Honolulu, Hawaii airport and gave him approximately $1,000 in further consideration for his role in awarding a share of the furniture jobs to TLY.

46.    In or about December 2002, YUEN provided approximately $300 to the Director of Education in further consideration for his role in awarding a share of the furniture orders to TLY.

47.    In or about April 2003, the Chief Procurement Officer provided the Director of Education's wife with a check in the amount of $3,000 in further consideration for the Director of Education's role in awarding a share of the furniture orders to SWP.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

(Fraud Concerning Programs Receiving Federal Funds)

48.    The Allegations contained in Paragraphs 1 through 47 are realleged as though fully set forth herein.

49.    From in or about late-2000 through early-2004, in the territory of American Samoa,

26

AITOFELE T. F. SUNIA and TINI LAM YUEN

defendants herein, being agents of the American Samoa Government, a government

which during each one-year period received federal benefits in excess of $10,000, did

obtain by fraud property that was valued at $5,000 or more, and was under the care,

custody, or control of such organization, government or agency, specifically, payments

from the ASG totaling approximately $775,000 in connection with projects to produce

furniture for the ASDOE.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

## COUNT THREE

(Bribery Concerning Programs Receiving Federal Funds)

50.    The Allegations contained in Paragraphs 1 through 47 are realleged as though fully set

forth herein.

51.    From in or about March 2001 through early-2004, in the territory of American Samoa,

AITOFELE T. F. SUNIA and TINI LAM YUEN

defendants herein, did corruptly give, offer, and agree to give the Chief Procurement

Officer, an agent of the American Samoa Government, a government which during each

one-year period from 2001 through 2004 received federal benefits in excess of $10,000, a

thing of value, that is, a share of lucrative government projects to provide furniture for the

ASDOE, with intent to influence and reward the Chief Procurement Officer in connection

with a transaction and series of transactions of the ASG valued at more than $5,000.

In violation of Title 18, United States Code, Sections 666(a)(2) and 2.

27

## COUNT FOUR

(Bribery Concerning Programs Receiving Federal Funds)

52.    The Allegations contained in Paragraphs 1 through 47 are realleged as though fully set

forth herein.

53.    In or about May 2001 through December 2002, in the territory of American Samoa and

elsewhere,

TINI LAM YUEN

defendant herein, did corruptly give, offer, and agree to give the Director of Education, an

agent of the American Samoa Government, a government which during each one-year

period received federal benefits in excess of $10,000, things of value, specifically, free

construction and installation of kitchen and bathroom cabinets and counter tops in

connection with the Director of Education's home construction project, and two cash

payments totaling $1,300, with intent to influence and reward the Director of Education

in connection with a transaction and series of transactions of American Samoa valued at

more than $5,000, that is lucrative payments for furniture projects.

In violation of Title 18, United States Code, Sections 666(a)(2) and 2.

## COUNT FIVE

(Obstruction of Agency Proceeding)

54.    The Allegations contained in Paragraphs 1 through 47 are realleged as though fully set

forth herein.

55.    In or about August 2003, the United States Department of Education's Office of Inspector

General commenced an investigation into fraud, waste and abuse involving federal grant

funds issued to the ASG. In connection with this investigation, agents for the Office of Inspector General had the responsibility to secure relevant documents and interview material witnesses. The Department of Education's Office of Inspector General conducted its investigation jointly with agents from the Offices of Inspector General of the United States Departments of the Interior and Homeland Security and the Federal Bureau of Investigation.

56.    The Office of the Inspector General for the Department of Education is headquartered in Washington, D.C. The Offices of the Inspector General for the Departments of the Interior and Homeland Security and the Federal Bureau of Investigation are also headquartered in Washington, D.C.

57.    On or about April 27, 2005, as part of the above-described joint investigation into fraud, waste, and abuse in American Samoa, SUNIA submitted to a voluntary interview with federal law enforcement agents from the U.S. Department of Homeland Security's Office of Inspector General and the Federal Bureau of Investigation. The interview took place at the Executive Office Building in Pago Pago, American Samoa.

58.    On or about April 27, 2005 in the territory of American Samoa,

AITOFELE T. F. SUNIA

defendant herein did corruptly endeavor to influence, obstruct and impede the due and proper administration of the law under which a proceeding, to wit an investigation of allegations of fraud, waste and abuse within an entity receiving funds from the United States, was pending before the U.S. Department of Education, by making materially false and misleading statements to federal agents engaged in such proceeding, specifically, that

29

his daughter ran SF&H, that SF&H was doing work for the Library Services Office of the ASDOE on a "need basis" only, and that he did not intentionally keep his name off of the articles of incorporation of SF&H.

In violation of Title 18, United States Code, Section 1505.

### COUNT SIX

(Obstruction of Agency Proceeding)

59.    The Allegations contained in Paragraphs 1 through 47 and 54 through 58 are realleged as though fully set forth herein.

60.    In or about August 2003, the United States Department of Education's Office of Inspector General commenced an investigation into fraud, waste and abuse involving federal grant funds issued to the ASG. In connection with this investigation, agents for the Office of Inspector General had the responsibility to secure relevant documents and interview material witnesses. The Department of Education's Office of Inspector General conducted its investigation jointly with agents from the Offices of Inspector General of the United States Departments of the Interior and Homeland Security and the Federal Bureau of Investigation.

61.    The Office of the Inspector General for the Department of Education is headquartered in Washington, D.C. The Offices of the Inspector General for the Departments of the Interior and Homeland Security and the Federal Bureau of Investigation are also headquartered in Washington, D.C.

62.    On or about October 21, 2004, as part of the above-described joint investigation into fraud, waste and abuse in American Samoa, YUEN submitted to a voluntary interview

with federal law enforcement agents from the U.S. Department of the Interior Office of

Inspector General and the Federal Bureau of Investigation. The interview took place at

YUEN's residence in Pago Pago, American Samoa.

63.    On or about October 21, 2004 in the territory of American Samoa,

TINI LAM YUEN

defendant herein did corruptly endeavor to influence, obstruct and impede the due and

proper administration of the law under which a proceeding, to wit an investigation of

allegations of fraud, waste and abuse within an entity receiving funds from the United

States, was pending before the U.S. Department of Education, by making materially false

and misleading statements to federal agents engaged in such proceeding, specifically, that

he never gave any money to Sili Sataua and that he never gave anything of value to Sili

Sataua for free.

In violation of Title 18, United States Code, Section 1505.

A TRUE BILL:

_____

FOREPERSON

WILLIAM M. WELCH II
Chief
Public Integrity Section                    Date:_____
Criminal Division
United States Department of Justice

DANIEL A. SCHWAGER                  MATTHEW L. STENNES
Trial Attorney                              Trial Attorney
Public Integrity Section                    Public Integrity Section

31
