UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :   Crim. No. 07-225-RBW
              v.                  :
                                  :
AITOFELE T. F. SUNIA,             :
TINI LAM YUEN,                    :           FILED
              Defendants.         :
                                  :        SEP 1 0 2007
                                  :
                                     NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

GOVERNMENT'S NOTICE AND MOTION TO UNSEAL

The United States, by and through undersigned counsel respectfully states as follows:

(1)   On September 6, 2007, the grand jury returned an indictment in the above-captioned case.

(2)   On September 6, 2007, the Court issued an Order sealing the Indictment, the Arrest Warrant and Application, Motion to Seal, and the sealing Order "until an arrest is made," and directing the government to "notify the Court as soon as possible after this has occurred."

(3)   Pursuant to that Order, the government hereby notifies the Court that arrests have been made in this matter, and the Indictment, Arrest Warrant and Application, Motion to Seal, and sealing Order, should now be unsealed by the Court.

WHEREFORE, the government respectfully requests that the Court enter an Order unsealing the Indictment in the above-captioned matter, the Arrest Warrant and Application, Motion to Seal, and the Court's Order to seal. An unsealing Order is attached.

Respectfully submitted,

WILLIAM M. WELCH, II
Chief, Public Integrity Section

By: *[signature]*
MATTHEW L. STENNES
DANIEL A. SCHWAGER
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th and Constitution Ave. NW
Washington, DC 20530
202-514-1412
202-514-3003 (facsimile)
matthew.stennes@usdoj.gov