FILED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Crim. No. 07-225 (RBW/JMF)
v. :
:
AITOFELE T. F. SUNIA, :
TINI LAM YUEN, :
      Defendants. :
:

ORDER

Upon consideration of the Government's Notice and Motion to Unseal, it is

HEREBY ORDERED that the Indictment, the Arrest Warrant and Application, Motion to Seal, and the sealing Order in the above-captioned case shall be unsealed.

Dated *September 21, 2007*      _____
                                                    UNITED STATES MAGISTRATE JUDGE

To be served:

MATTHEW L. STENNES
DANIEL A. SCHWAGER
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th and Constitution Ave. NW
Washington, DC 20530
202-514-1412
202-514-3003 (facsimile)
matthew.stennes@usdoj.gov