IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-225 |
| vs. | : | |
| AITOFELE T. F. SUNIA,<br>TINI LAM YUEN,<br>          Defendants. | : | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 25th day of October, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

**s/Kathryn H. Albrecht**
BY: _____
Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of October 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lanny A. Breuer , Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: (202) 662-6000

Laura G. Quint, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500


      William M. Welch II
      Chief
      Public Integrity Section

      **s/Kathryn H. Albrecht**
BY:    _____
      Kathryn H. Albrecht
      Trial Attorney
      Criminal Division
      Public Integrity Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 305-7348
      Fax: (202) 514-3003
      Email: kate.albrecht@usdoj.gov