THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-225 (RBW) |
| ) | |
| v. ) | |
| ) | |
| TINI LAM YUEN ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Tini Lam Yuen, through undersigned counsel, respectfully asks this Honorable Court to modify his conditions of release. Specifically, Mr. Lam Yuen asks this Court to permit him to regain possession of his passport. In support of his motion, Mr. Lam Yuen submits the following:

On October 23, 2007, Mr. Lam Yuen appeared before Magistrate Judge Robinson for his presentment. At that time, both he and his co-defendant, Mr. Aitofele Sunia, were released on their personal recognizance. Both the defendants had initially appeared in other jurisdictions and, for the most part, the Magistrate Judge adopted the conditions of release established previously. Among the conditions of release that had been established previously with respect to both Mr. Lam Yuen and Mr. Sunia was the surrender of passports. At the October 23rd hearing, Mr. Sunia asked the Magistrate Court to remove that condition in light of the fact that, due to his high-level governmental position, he was frequently required to travel. The court granted Mr. Sunia's request. Following the hearing, Mr. Lam Yuen informed undersigned counsel that his situation was similar and that living without a passport might present a hardship for him. Mr. Lam Yuen is a senator in American Samoa and his responsibilities sometimes require him to travel between that jurisdiction and the United States, as

well as between various islands that make up American Samoa. Based on counsel's understanding, Mr. Lam Yuen has been fully compliant with his release conditions; he is requesting the passport only so as to travel back and forth in connection with his professional responsibilities.

WHEREFORE, for the reasons set forth above, Mr. Lam Yuen asks the Court to modify his conditions of release and permit him to possess his passport.

Respectfully Submitted,

_____/s_____

Lara Gabrielle Quint
Assistant Federal Public Defender
625 Indiana Ave., NW; Ste 550
Washington, DC 20004
 (202) 208-7500 x. 126

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Crim. No. 07-225 (RBW) |
| v. | ) ) |  |
| **TINI LAM YUEN** | ) ) |  |

## ORDER

      Upon consideration of Mr. Lam Yuen's Motion to Modify Conditions, it is by the Court hereby

      ORDERED that the motion is GRANTED and that the government shall return Mr. Lam Yuen's passport.

      SO ORDERED.

_____                       _____

DATE                                            THE HONORABLE REGGIE B. WALTON
                                                   UNITED STATES DISTRICT JUDGE