THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 07-225 (RBW) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TINI LAM YUEN | ) |  |
|  | ) |  |

**UNOPPOSED MOTION TO WAIVE DEFENDANT'S
PRESENCE AT THE DECEMBER 13TH STATUS CONFERENCE**

Defendant, Tini Lam Yuen, through counsel, respectfully moves the Court to waive his appearance at the status conference that is scheduled for Thursday, December 13th at 9:30 a.m.

As grounds for this motion, counsel for Mr. Yuen states the following:

1. Mr. Yuen is charged in a six-count indictment with conspiracy, fraud, bribery and obstruction of agency proceedings. The parties appeared before Magistrate Judge Robinson on October 23, 2007 for arraignment, and her Honor released Mr. Yuen on his personal recognizance. Subsequently, this Court scheduled a status conference for December 13, 2007.

2. With respect to the upcoming hearing, it is undersigned counsel's understanding that, while the parties may address discovery-related issues and set further hearings, no matters of substance will be discussed.

3. Undersigned counsel is requesting that the Court waive Mr. Yuen's appearance for the December 13, 2007 status conference. Mr. Yuen is residing in California until the end of the year in order to obtain medical treatment for his wife. In light of the expense associated with

airfare to, and lodging in, the District of Columbia, Mr. Yuen is asking that the Court allow him to waive his presence. Mr. Yuen has been in full compliance with his release conditions and the government has no opposition to his request.

Wherefore, Mr. Yuen respectfully moves the Court to waive his appearance for the status conference scheduled for December 13th.

                    Respectfully submitted,

                    A. J. KRAMER
                    FEDERAL PUBLIC DEFENDER


                    _____/S/_____
                    Lara G. Quint
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W.
                    Washington, D.C. 20004
                    (202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 07-225 (RBW) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TINI LAM YUEN | ) |  |
|  | ) |  |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Waive Presence, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____          _____
DATE                                                  THE HONORABLE REGGIE B. WALTON
                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Matthew Stennes, AUSA
Lara Quint, AFPD