THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)  Crim. No. 07-225 (RBW) - 2
v. )
)
TINI LAM YUEN )
)

## ORDER

Upon consideration of Defendant's Unopposed Motion to Waive Presence, it is by the Court hereby

ORDERED that the motion is GRANTED.

December 7, 2007
DATE

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Matthew Stennes, AUSA
Lara Quint, AFPD