UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **Crim No. 07-225 (RBW)** |
| | : |
| **TINI LAM YUEN** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF FILING

Defendant, through counsel, respectfully submits the attached Affidavit Regarding Speedy Trial.

    Respectfully submitted,

    "/s/"
    Michelle Peterson
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Ste 550
    Washington, D.C.  20004
    (202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-225 (RBW) |
| ) | |
| v. ) | |
| ) | |
| TINI LAM YUEN ) | |

### AFFIDAVIT REGARDING SPEEDY TRIAL

I, Tini Lam Yuen, understand that, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, I have the right to demand that trial in my case commence within 70 days of my indictment.

I was indicted on September 6, 2007. I understand that, in light of both the schedule of the Court and of my attorneys, the trial in my case has been scheduled for January 12, 2009. I understand that, in light of the great distance between Washington, D.C. and American Samoa, as well as the voluminous discovery and records at issue, the additional time between now and the trial date will allow my attorneys to travel and to more effectively prepare and investigate my case.

I hereby agree to toll the time between January 25, 2008, the last status hearing in this case, and January 12, 2009 under the Speedy Trial Act. I agree that the interests of justice are best served by this waiver and that those interests outweigh the interests of the public in a speedy trial.

_3/29/08_                                           _[signature]_

DATE                                                TINI LAM YUEN