## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :
                                  :     Crim. No. 07-225 (RBW/JMF)
AITOFELE T. F. SUNIA,             :
TINI LAM YUEN,                    :
                                  :
            Defendants.           :

### JOINT MOTION FOR PROTECTIVE ORDER

All parties to this action respectfully request that the Court enter the proposed

protective order (Attachment A hereto) pursuant to Rule 16(d) of the Federal Rules of Criminal

Procedure.  Pursuant to Rule 16 and other applicable discovery rules, the United States intends to

make or has made available to Mr. Sunia and Mr. Lam Yuen certain hard copy documents and

electronic records, a limited subset of which contain confidential, proprietary, or personally-

identifiable information of Mr. Sunia and Mr. Lam Yuen, their family members, or third parties.

The government also anticipates that it may disclose to Mr. Sunia and Mr. Lam Yuen certain

limited information relating to sensitive, ongoing investigations.  The materials seized in a search

of Mr. Sunia's government office (a full copy set of which will be provided in discovery) also

include some materials which may be covered by the attorney-client privilege or work product

doctrine.  In addition, Mr. Sunia and Mr. Lam Yuen may produce additional materials that

contain confidential, proprietary, or personally-identifiable information.  The parties respectfully

submit that the proposed protective order sets forth reasonable limitations on the parties' use of

the foregoing materials while providing all parties with an adequate opportunity to review the

materials in preparation for trial.

Respectfully submitted,

/s/_____                /s/_____                /s/_____
Matthew L. Stennes               Lanny A. Breuer                  Michelle Peterson
Daniel A. Schwager               Emily Johnson Henn               Lara G. Quint
Kate H. Albrecht                 Covington & Burling LLP          Office of the Federal Public
U.S. Dept. of Justice            1201 Pennsylvania Ave. NW        Defender
Criminal Division                Washington, DC 20004             600 Indiana Ave. NW
Public Integrity Section                                          Suite 550
1400 New York Ave. NW            *Counsel for Mr.Sunia*           Washington, DC 20004
Suite 12100
Washington, DC 20005                                              *Counsel for Mr. Lam Yuen*

*Counsel for The United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this ~~24~~ day of April 2008, I caused a copy of the foregoing document and the exhibit thereto to be filed by Electronic Case Filing (ECF) with the U.S. District Court for the District of Columbia.  This system caused an electronic notification and link to be sent to the following:

Lanny A. Breuer, Esq.
Emily Johnson Henn, Esq.
Covington & Burling, LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004

Michelle Peterson, Esq.
Lara G. Quint, Esq.
Office of the Federal Public Defender
625 Indiana Avenue NW, Suite 550
Washington, DC 20004


By:     /s/_____
        MATTHEW L. STENNES
        Trial Attorney

# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

                  :

       v.                :

                  :     Crim. No. 07-225 (RBW/JMF)

AITOFELE T. F. SUNIA,           :

TINI LAM YUEN,              :

                  :

       Defendants.      :

## ORDER

WHEREAS the United States intends to make available to Mr. Sunia and Mr. Lam Yuen pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Jencks Act, Brady, and Giglio certain documents and electronic records, and Mr. Sunia and Mr. Lam Yuen may produce additional such materials (collectively, "Discovery Material"), and

WHEREAS the Discovery Material contains subsets of confidential, proprietary, personally-identifiable, law-enforcement sensitive, and/or privileged information, and all parties in this action have jointly requested that the Court enter this Protective Order to protect the confidentiality of such information,

It is hereby ORDERED that:

(1)    Discovery Material produced by any party in this case to one or more of the other parties in this case shall be held in confidence by each person to whom it is disclosed; shall be used only for purposes of preparation for and trial of this matter; and shall be reviewed only by the receiving party or parties, their attorneys of record, employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, and experts or consultants assisting in the preparation and trial of this matter.

DC: 2792497-1

(2)     No additional copies of such materials shall be made except as necessary
        for the preparation, trial, and appeal of this matter.

(3)     Each witness, expert, consultants, or other person to whom copies of
        Discovery Material are provided in connection with preparation, trial or
        appeal of this matter must be served with a copy of this Protective Order
        and the Acknowledgment Form attached as Exhibit A.  The
        Acknowledgment Form must be executed prior to disclosure by each
        person to whom a party discloses Discovery Material, and the disclosing
        party must maintain a copy of all executed Acknowledgment Forms until
        such time as all appeals in this matter are concluded.

(4)     It is understood that among the persons to whom the United States will
        need to disclose certain Discovery Material are law enforcement agents
        engaged in the preparation of trial or hearings in this matter.

Personally-Identifiable or Sensitive Information

(5)     The parties shall comply with U.S. District Court for the District of
        Columbia Local Rule 5.4(f) with respect to the public filing or use of any
        Discovery Material containing personally-identifiable or sensitive
        information, including: (1) social security numbers, (2) names of minor
        children, (3) dates of birth, and (4) financial account numbers.  See LcvR
        5.4(f).  The parties shall also proceed under the assumption that any tax-
        related documents or employment records, certain of which are included
        in the materials collected during the search of Mr. Sunia's office and
        which are, therefore, contained in Discovery Material in this case also

qualify as personally-identifiable or sensitive information and shall be treated in accordance with the Local Rules and this Protective Order.

(6)     The parties shall also apply the requirements of Local Rule 5.4(f) when showing any Discovery Material containing personally-identifiable or sensitive information to any third-party witnesses.

Law Enforcement Sensitive Information

(7)     The United States shall identify and label as "LAW ENFORCEMENT SENSITIVE" any Discovery Material which refers or relates to ongoing, unrelated investigations.  The United States shall also be permitted to redact the identities of witnesses or information relating to unrelated, ongoing investigations if such information is not relevant to this case.

Attorney-Client Privilege or Attorney Work Product Materials

(8)     Mr. Sunia shall provide written notice to the United States and Mr. Lam Yuen of the Bates number or other description of any documents or records included in the Discovery Material which are protected by valid assertions of the attorney-client privilege and/or attorney work product doctrine.  Within 30 days of receiving such notice, the United States and Mr. Lam Yuen shall return or destroy such material.

\*                    \*                    \*

(9)    The parties should seek to resolve any question or dispute arising out of

this Protective Order in the first instance through a meet-and-confer

process.  If the issue is not thereby resolved, the parties should address the

issue through a motion filed with this Court.


Dated _____          _____
                                     UNITED STATES DISTRICT JUDGE
                                     REGGIE B. WALTON


To be served:

Matthew Stennes
Daniel Schwager
Kate Albrecht
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th and Constitution Ave. NW
Washington, DC 20530


Counsel for the United States

Lanny A. Breuer                      Michelle Peterson
Emily Johnson Henn                   Lara G. Quint
Covington & Burling, LLP             Office of the Federal Public Defender
1201 Pennsylvania Ave. NW            625 Indiana Avenue NW, Suite 550
Washington, DC 20004                 Washington, DC 20004

Counsel for Defendant Sunia          Counsel for Defendant LamYuen

## EXHIBIT A

### Acknowledgment Form

       I,_____, have received a copy of the Protective Order entered in United States v. Aitofele T.F. Sunia and Tini Lam Yuen.  I hereby certify that I have reviewed and understand the Protective Order and agree to be bound by its terms.

DATE: _____     _____
                                           *(Signature)*

                                      _____
                                           *(Printed name)*