UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 07-225(RBW) |
| **AITOFELE T.F. SUNIA** | ) |
| **TINI LAM YUEN** | ) |

## SCHEDULING ORDER

In accordance with the agreement of the parties, it is hereby ORDERED that

(1) to the extent it has not already been produced, the production by the government of all Rule 16 discovery shall occur no later than May 23, 2008, and if the government discovers additional material after that date it shall promptly disclose it to all defendants;

(2) the defendants have a responsibility under Rule 16 to provide reciprocal disclosure of any items within their possession, custody or control that they intend to use in their case in chief; the defendants shall provide such disclosure as soon as practicable after they become aware of such documents;

(3) all purely legal motions shall be filed on or before June 27, 2008, with oppositions due on July 25, 2008, and replies due on August 22, and with argument before the Court, if necessary, to occur on a date to be set by the Court;

(4) the government shall provide notice of any evidence it seeks to admit against any defendant pursuant to Rule 404(b) of the Federal Rules of Evidence to all defendants no later than June 27, 2008; if the government provides notice to the

defendants of any 404(b) evidence after such date, that notice shall be accompanied by an explanation of good cause as to why notice was not possible consistent with this date set forth in this Order;

(5) the government's expert disclosures shall be made on July 25, 2008, and the defendants' expert disclosures shall be made on September 12, 2008; any motions to exclude the testimony of such experts shall be filed 45 days after receipt of such expert's disclosures;

(6) any motions to suppress or other evidentiary motions shall be filed on or before September 12, 2008, with oppositions due October 10, 2008, and replies due October 31, 2008, and with argument before the Court, if necessary, to occur on a date to be set by the Court.

It is FURTHER ORDERED that

(1) The Court shall set such hearings and status conferences as necessary to resolve all motions filed and shall later set a date by which any motions in limine, jury questionnaires and/or voir dire, and proposed jury instructions must be filed.

SO ORDERED

April 29, 2008

/s/ Reggie B. Walton
Honorable Reggie B. Walton
United States District Judge