IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> vs. : <br> : **Crim. No. 07-225 (RBW)** <br> : <br> AITOFELE T. F. SUNIA, : <br> TINI LAM YUEN, : <br>         Defendants. : <br> _____: | |

**Unopposed Motion for Leave to Produce Redacted Versions of Sealed Material**

    The Government, by and through its undersigned counsel, respectfully moves this Honorable Court for leave to produce for discovery purposes redacted versions of material previously filed under seal with this Court. Specifically, the Government seeks leave to produce to the defendants redacted versions of Applications for the Search Warrants, Search Warrants, Affidavits, and Returns ("Search Warrant Materials") related to this matter.

    In early-2005, the Government sought, obtained, and executed three search warrants in connection with the investigation of this and other unrelated public corruption investigations arising out of the American Samoa government. All three warrants were signed by then-Chief Judge Thomas Hogan on February 22, 2005 (Case No. 05-0096M-01). The Search Warrant Materials were sealed by order of the Court on or about February 22, 2005. The Government seeks leave to produce redacted versions of the Search Warrant Materials as part of discovery in this case. The redacted Search Warrant Materials will be produced only to Aitofele Sunia and Tini Lam Yuen ("Defendants") and their attorneys for their use in the defense of the above-captioned matter, consistent with the provisions of the protective order signed by this Court on April 21, 2008 ("Protective Order").

Disclosure to Defendants under the Protective Order of redacted Search Warrant Materials will not jeopardize this or any other case. To the extent the Search Warrant Materials disclose information related to other investigations, the Government has either redacted sensitive material (where completely unrelated to this matter) or labeled it "Law Enforcement Sensitive" (where even arguably related) and such materials are required to be treated as such by the parties pursuant to the Protective Order. See Protective Order ¶ 7.

The Government respectfully requests that the court issue the attached proposed Order granting the Government leave to disclose redacted versions of the sealed materials as discovery in this case. The Government further requests that the original, unredacted Search Warrant Materials remain sealed for all other purposes pending further order of this Court.

The Government has consulted with counsel for the Defendants, who do not oppose this motion.

                                                Respectfully submitted,

                                                WILLIAM M. WELCH II
                                                Chief

Dated May 22, 2008            By:    /s/_____
                                                MATTHEW L. STENNES
                                                DANIEL A. SCHWAGER
                                                KATHRYN H. ALBRECHT
                                                Trial Attorneys
                                                Public Integrity Section
                                                Criminal Div., U.S. Dep't of Justice
                                                1400 New York Ave. NW, 12th Fl.
                                                Washington, DC 20005
                                                Tel.: 202-514-1412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-225 |
| vs. | : | |
| AITOFELE T. F. SUNIA,<br>TINI LAM YUEN,<br>    Defendants. | : | |

The Government's Unopposed Motion for Leave to Produce Redacted Versions of Sealed Material is granted and it is hereby ordered that the Government is directed to produce to the defense in this matter redacted versions of the Applications for the Search Warrants, Search Warrants, Affidavits, and Returns which were filed under seal pursuant to then-Chief Judge Hogan's Order of February 22, 2005. These documents shall be treated by all parties consistent with the terms of the protective order issued by this Court on April 21, 2008.

IT IS FURTHER ORDERED that all unredacted materials subject to the Court's Order of February 22, 2005 remain sealed for all other purposes pending further order of this Court.

SO ORDERED this _____ day of May 2008.

_____
HON. REGGIE B. WALTON
United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of May 2008, I caused a copy of the foregoing to filed by Electronic Case Filing (ECF) with the U.S. District Court for the District of Columbia. This system caused an electronic notification and link to be sent to the following:

| | |
|---|---|
| Lanny Breuer, Esq. | Shelli Peterson, Esq. |
| Emily Henn, Esq. | Lara Quint, Esq. |
| Covington & Burling, LLP | Office of the Federal Public Defender |
| 1201 Pennsylvania Ave. NW | 625 Indiana Avenue NW, Suite 550 |
| Washington, DC 20004 | Washington, DC 20004 |

By:  /s/_____
       MATTHEW L. STENNES
       Trial Attorney