IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-225 |
| | : | |
| vs. | : | |
| | : | |
| AITOFELE T. F. SUNIA, | : | |
| TINI LAM YUEN, | : | |
| Defendants. | : | |

The Government's Unopposed Motion for Leave to Produce Redacted Versions of Sealed Material is granted and it is hereby ordered that the Government is directed to produce to the defense in this matter redacted versions of the Applications for the Search Warrants, Search Warrants, Affidavits, and Returns which were filed under seal pursuant to then-Chief Judge Hogan's Order of February 22, 2005. These documents shall be treated by all parties consistent with the terms of the protective order issued by this Court on April 21, 2008.

IT IS FURTHER ORDERED that all unredacted materials subject to the Court's Order of February 22, 2005 remain sealed for all other purposes pending further order of this Court.

SO ORDERED this _____26th_____ day of May 2008.

_____
HON. REGGIE B. WALTON
United States District Judge