| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA** | |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AITOFELE T.F. SUNIA<br>and TINI LAM YUEN,<br><br>Defendants. | Crim. No. 07-225<br>Judge:  Reggie B. Walton |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JOSHUA D. GREENBERG

I, Emily Johnson Henn, counsel for Aitofele T.F. Sunia in the above-captioned matter, hereby move the Court for the admission *pro hac vice* of Joshua D. Greenberg pursuant to Local Criminal Rule 44.1(d).  Defendants wish for Mr. Greenberg to present argument as to part of their joint motion to dismiss during the hearing on September 8.  Counsel for the government and counsel for Tini Lam Yuen have advised that they do not oppose this motion.

1.  I am a partner with the firm of Covington & Burling LLP, 1201 Pennsylvania Avenue, N.W., Washington, D.C.  20004-2401, Phone: 202-662-5217.  I am admitted to the bar of the District of Columbia (D.C. Bar No. 471077) and have been admitted to practice before this Court since April 2, 2001.

2.  Mr. Greenberg is an associate with Covington & Burling LLP.  As reflected in his accompanying Declaration, which provides the six categories of information required by Local Criminal Rule 44.1(d), Mr. Greenberg is a member of the bars of the District of Columbia and the State of Maryland and is admitted to practice before multiple federal courts.  In addition, Mr. Greenberg is today submitting an application for admission to practice before this Court.

3. Mr. Greenberg is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

                                      Respectfully submitted,

                                      _____/s/_____

Emily Johnson Henn
D.C. Bar No. 471077
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-5217
Fax: (202) 778-5217

*Attorney for Aitofele T.F. Sunia*

September 4, 2008

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September, 2008, I caused a copy of the foregoing document and the accompanying declaration and proposed order to be filed by Electronic Case Filing (ECF) with the U.S. District Court for the District of Columbia. This system caused an electronic notification and link to be sent to the following:

| | |
|---|---|
| Michelle Peterson | Matthew L. Stennes |
| Lara G. Quint | Daniel A. Schwager |
| Office of the Federal Public Defender | Kate H. Albrecht |
| 600 Indiana Ave., NW, Suite 550 | U.S. Department of Justice |
| Washington, D.C. 20004 | Criminal Division, Public Integrity Section |
| | 1400 New York Ave., NW, Suite 12100 |
| | Washington, D.C. 20005 |
| | |
| *Attorneys for Tini Lam Yuen* | *Attorneys for the United States* |

                By:          /s/
                        Emily Johnson Henn

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AITOFELE T.F. SUNIA<br>and TINI LAM YUEN,<br><br>Defendants. | Crim. No. 07-225<br>Judge: Reggie B. Walton |

### DECLARATION OF JOSHUA D. GREENBERG

I make this declaration pursuant to Local Criminal Rule 44.1(d) in support of the motion by Emily Johnson Henn for my admission *pro hac vice* to this Court.

1. My full name is Joshua D. Greenberg.

2. My office address and telephone number are:

   Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2401
   Phone: (202) 662-5846

3. I have been admitted to the bar of the District of Columbia since January 6, 2003 and the bar of the State of Maryland since December 11, 2001, am admitted to practice before the United States Courts of Appeals for the D.C., Third, and Ninth Circuits and the United States District Court for the District of Colorado, and am admitted *pro hac vice* in the United States District Court for the Northern District of Texas.

4. I certify that I have not been disciplined by any bar and that no disciplinary proceeding is pending against me in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. As noted above, I am admitted to practice before the Bar of the District of Columbia. My D.C. Bar number is 480534.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 4th day of September, 2008, in Washington, D.C.

_____
Joshua D. Greenberg

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AITOFELE T.F. SUNIA<br>and TINI LAM YUEN,<br><br>Defendants. | Crim. No. 07-225<br>Judge: Reggie B. Walton |

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Joshua D. Greenberg, it is this ____ day of _____, 2008, hereby ORDERED that the Motion for Admission *Pro Hac Vice* of Joshua D. Greenberg be GRANTED.

_____
Reggie B. Walton
United States District Judge