THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-225 (RBW) |
| ) | |
| v. ) | |
| ) | |
| TINI LAM YUEN ) | |

### DEFENDANT'S WAIVER OF PRESENCE

I, Tini Lam Yuen, understand that I have the right to be present for all substantive hearings in my case. However, in light of the distance between Washington, D.C. and American Samoa, I request that my presence at the upcoming motions hearing scheduled for September 8, 2008 be waived.

_9/3/08_
DATE

_[signature]_
TINI LAM YUEN