**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AITOFELE T.F. SUNIA<br>and TINI LAM YUEN,<br><br>Defendants. | Crim. No. 07-225<br>Judge: Reggie B. Walton |

### AITOFELE T.F. SUNIA'S NOTICE OF WAIVER OF APPEARANCE
### AT THE HEARING ON SEPTEMBER 8, 2008

PLEASE TAKE NOTICE THAT Aitofele T.F. Sunia hereby knowingly and voluntarily waives his right, of which he has been informed by his counsel, to appear in person at the hearing scheduled for 2:00 p.m. on September 8, 2008. At that hearing, in which Mr. Sunia intends to participate by phone, the Court will hear argument on defendants' joint motion to dismiss in whole or in part Counts One through Six of the Indictment in this case. Mr. Sunia's waiver of appearance is attached as Exhibit A.

                                                Respectfully submitted,

                                                /s/
                                          Lanny A. Breuer
                                          Emily Johnson Henn
                                          Covington & Burling LLP
                                          1201 Pennsylvania Ave., NW
                                          Washington, DC  20004

                                          *Attorneys for Aitofele T.F. Sunia*

September 4, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September, 2008, I caused a copy of the foregoing document and the exhibit thereto to be filed by Electronic Case Filing (ECF) with the U.S. District Court for the District of Columbia.  This system caused an electronic notification and link to be sent to the following:

| | |
|---|---|
| Michelle Peterson<br>Lara G. Quint<br>Office of the Federal Public Defender<br>600 Indiana Ave., NW, Suite 550<br>Washington, D.C.  20004 | Matthew L. Stennes<br>Daniel A. Schwager<br>Kate H. Albrecht<br>U.S. Department of Justice<br>Criminal Division, Public Integrity Section<br>1400 New York Ave., NW, Suite 12100<br>Washington, D.C.  20005 |
| *Attorneys for Tini Lam Yuen* | *Attorneys for the United States* |

                                                          By:        /s/
                                                               Emily Johnson Henn

# Exhibit A

|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ||
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AITOFELE T.F. SUNIA and TINI LAM YUEN,<br><br>Defendants. | Crim. No. 07-225<br>Judge: Reggie B. Walton |

### AITOFELE T.F. SUNIA'S WAIVER OF APPEARANCE AT THE HEARING ON SEPTEMBER 8, 2008

I, Aitofele T.F. Sunia, one of the defendants in the above-captioned case, have been informed by my counsel of my right to be present at the hearing scheduled for 2:00 p.m. on September 8, 2008. At that hearing, in which I intend to participate by phone, the Court will hear argument on defendants' joint motion to dismiss in whole or in part Counts One through Six of the Indictment in this case. With full knowledge of my right to appear at the hearing in person, I hereby voluntarily waive that right.

_Sept. 3, 2008_
Date

_Aitofele T.F. Sunia_ (signature)
Aitofele T.F. Sunia